*cis R. Kirkham* and *Harry R. Horrow* for respondent.

No. 72. COSTELLO *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to question 1 presented by the petition for the writ which reads as follows:

"1. May a defendant be required to stand trial and a conviction be sustained where only hearsay evidence was presented to the grand jury which indicted him?"

MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this application.

*Osmond K. Fraenkel, Morris Shilensky* and *Joseph Leary Delaney* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Marvin E. Frankel, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 76. COLD METAL PROCESS CO. ET AL. *v.* UNITED ENGINEERING & FOUNDRY CO. C. A. 3d Cir. Certiorari granted. *William H. Webb, Clarence B. Zewadski* and *William Wallace Booth* for petitioners. *Jo. Baily Brown* for respondent.

No. 79. NATIONAL LABOR RELATIONS BOARD *v.* COCA-COLA BOTTLING CO. OF LOUISVILLE, INC. C. A. 6th Cir. Certiorari granted. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Solicitor General Sobeloff* and *Theophil C. Kammholz* for petitioner. *James E. Fahey* for respondent.

No. 150. SHIELDS *v.* ATLANTIC COAST LINE RAILROAD CO. C. A. 5th Cir. Certiorari granted. The Court calls this case to the attention of the Interstate Commerce Commission and expresses its readiness to accept any brief it might wish to submit. *M. R. Nachman, Jr.* for peti-